UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| In re | Case # 111-41577 ESS |
|---|---|
| BROWN, SHERON F<br>BROWN, TERESA S<br><br>                    Debtor(s) | CHAPTER 7<br>STIPULATION/<br>APPLICATION EXTENDING<br>TIME TO OBJECT TO<br>DISCHARGE AND EXEMPTION<br>& SETTING DEADLINE TO<br>AMEND SCHEDULE C |

## STIPULATION

**WHEREAS**, the deadline to object to the discharge of the above captioned Debtor (or if the above captioned case is a joint case, Debtors)(hereinafter, the term "Debtor" shall refer to one or both Debtors) has not yet expired; and

**WHEREAS**, this is the first/second extension of said deadline; and

**WHEREAS**, the meeting of creditors required by section 341 of the Bankruptcy Code has not been closed.

**IT IS HEREBY** stipulated and agreed by and between the undersigned

(A) that the last day:

    (1) by when the Trustee David J. Doyaga ("Trustee") may object to the discharge of the Debtor is hereby extended from: _____06/07/11_____ to _____8/7/11_____; and

    (2) for the Debtor to make any amendments to Schedule C shall be 30 days from the entry of an Order of the Court approving this Stipulation/Application, unless the Trustee agrees, in writing, to a later amendment and any amendment to Schedule C filed after the 30 day deadline herein, without written approval of the Trustee, shall be void ab initio and of no legal effect; and

    (3) for the Chapter 7 Trustee to make an objection to any claimed exemptions of property of the estate (or any amendment to any claimed exemption) which would otherwise expire 30 days after the closing of the Section 341 meeting of Creditors is extended until the close of the above captioned case as described in Section 350(a) of the United States Bankruptcy Code;

and

(B) that Trustee may file a copy of this Stipulation as an application to the Court to enter an Order so extending the deadlines as herein provided.

Dated: Brooklyn, New York
       04/29/11

_____, Esq. Bar No. 4/29/11 /10       _____ / /10
Attorney for Debtor (if any)               David J. Doyaga, Sr., DD7297
JACOB SILVER                                   Chapter 7 Trustee
Fax: (718) 797-4141                       26 Court Street, Ste. 1002,
                                                     Brooklyn, NY 11242 (718)488-7500

_____ 4/29/11 /10         _____ / /10BROW
BROWN, SHERON F Debtor            N, TERESA S Debtor